IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-360-BO

| | |
|---|---|
| DISHONDRA GOREE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE SHAW UNIVERSITY, | ) |
| Defendant. | ) |

This cause is before the Court on the parties' consent motion to deem defendant's answer to plaintiff's first amended complaint as responsive to plaintiff's second amended complaint. Plaintiff filed this case in Wake County Superior Court on May 15, 2020, and defendant removed the case to this Court on July 8, 2020. DE 1. Defendant filed its second motion to dismiss the first amended complaint and its answer to the first amended complaint on October 2, 2020. DE 20, 22. The Court granted plaintiff leave to amend her first amended complaint to correct a scrivener's error on January 25, 2021. DE 31. Plaintiff filed her second amended complaint on February 8, 2021, along with a notice informing the Court that the second amended complaint corrected the scrivener's error. DE 32, 33. Plaintiff did not include any new allegations, parties, or claims in the second amended complaint, and defendant previously answered the allegations against it in its answer to the first amended complaint. For good cause shown, the parties' consent motion to deem defendant's answer to plaintiff's first amended complaint as responsive to plaintiff's second amended complaint is GRANTED. [DE 27].

SO ORDERED, this the ___29___ day of April, 2021.

*Terrence Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE